UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERLINE JONES,                                     Case No. 23-10674
                          Plaintiff,

v.                                                  David M. Lawson
                                                    United States District Judge

JUANITA BYNUM,

                          Defendant.                Curtis Ivy, Jr.
_____/                    United States Magistrate Judge

**REPORT AND RECOMMENDATION TO DISMISS THE CASE
WITHOUT PREJUDICE UNDER FED. R. CIV. P. 4(m)**

Plaintiff alleges that the Defendant, Juanita Bynum, defamed her character,
preventing her from obtaining employment.  This matter is before the Court
regarding Plaintiff's failure to file signed proof of service of process or otherwise
update the Court on service of process on Defendant.  (ECF No. 12).  On June 16,
2023, Plaintiff was ordered to complete service documents and the United States
Marshals Service ("USMS") would serve the documents without prepayment of
costs.  (*Id.*).  This Order also directed Plaintiff to file with the Court "a signed U.S.
Postal Service Certified Mail receipt – green card (PS Form 3811) after service is
completed, to show proof of service of process."  (*Id.* at PageID.48).  USMS
acknowledged receipt of service documents on July 11, 2023, and attempted to
serve the documents.  (ECF No. 14, PageID.51).  To date, Plaintiff has not filed a
signed certificate of receipt, nor has she otherwise updated the Court regarding the

1

whether the USMS was able to effectuate service.  The Court ordered Plaintiff to
show cause why the defendant should not be dismissed without prejudice for
failure to serve them within 90 days of filing the complaint under Fed. R. Civ. P.
4(m).  The Court also warned that failure to respond could result in a
recommendation to dismiss the case for failure to prosecute under Fed. R. Civ. P.
41(b).  (ECF No. 15).  To date, Plaintiff has not responded to that Order to Show
Cause, despite the warnings.

Because of her failure, it is unclear whether the Defendant was successfully
served with the summons and complaint but Plaintiff failed to complete the process
by filing the returned green card, or whether the Defendant has not been served,
perhaps because the address given to USMS is inaccurate.  In either case, service
has not been completed and over seven months have elapsed since the complaint
was filed.  Plaintiff has given no reason why the case should not be dismissed for
failure to timely serve the Defendant.  Federal Rule of Civil Procedure
4(m) provides that if service is not effectuated within 90 days of the filing of the
complaint, the Court must dismiss the action without prejudice as to that
defendant.  "Absent a showing of good cause to justify a failure to effect timely
service, the Federal Rules of Civil Procedure compel dismissal."  *Byrd v. Stone*, 94
F.3d 217, 219 (6th Cir. 1996) (citing *Habib v. General Motors Corp.*, 15 F.3d 72,
73 (6th Cir. 1994)).  It is plaintiff's burden to establish good cause for failing to

timely effect service.  *Habib*, 15 F.3d at 73.  Thus, the undersigned

**RECOMMENDS** that the complaint be **DISMISSED WITHOUT PREJUDICE**

for failure to timely serve the Defendant.

The parties to this action may object to and seek review of this Report and

Recommendation, but are required to file any objections within 14 days of service,

as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule

72.1(d).  Failure to file specific objections constitutes a waiver of any further right

of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and

Human Servs.*, 932 F.2d 505 (6th Cir. 1981).  Filing objections that raise some

issues but fail to raise others with specificity will not preserve all the objections a

party might have to this Report and Recommendation.  *Willis v. Sec'y of Health

and Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of

Teachers Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to Local Rule

72.1(d)(2), any objections must be served on this Magistrate Judge.

Any objections must be labeled as "Objection No. 1," "Objection No. 2,"

etc.  Any objection must recite precisely the provision of this Report and

Recommendation to which it pertains.  Not later than 14 days after service of an

objection, the opposing party may file a concise response proportionate to the

objections in length and complexity.  Fed. R. Civ. P. 72(b)(2), Local Rule 72.1(d).

The response must specifically address each issue raised in the objections, in the

same order, and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc.  If the Court determines that any objections are without merit, it may rule without awaiting the response.


Date: November 8, 2023.              s/Curtis Ivy, Jr.
                                     Curtis Ivy, Jr.
                                     United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on November 8, 2023.


                                     s/Sara Krause
                                     Case Manager
                                     (810) 341-7850